UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ANTONIO CONDE,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; CASHCALL, INC.<br><br>        Defendant. | CASE NO. 2:18-cv-02591-JAM-CKD<br><br>**ORDER APPROVING STIPULATION TO STAY ALL CLAIMS AGAINST DEFENDANT CASHCALL, INC. PENDING COMPLETION OF BINDING ARBITRATION** |

The Court having considered the Stipulation to Stay All Claims Against Defendant CashCall, Inc. Pending Completion of Binding Arbitration (the "Stipulation") filed in this action as Dkt. No. 4 by Defendant CashCall, Inc. ("CashCall") and Plaintiff Antonio Conde ("Plaintiff"), and good cause appearing for the relief sought in the Stipulation,

IT IS HEREBY ORDERED:

1. The Stipulation is approved in its entirety.

2. Plaintiff shall commence arbitration in compliance with the Note (as that term is defined in the Stipulation).

3. Plaintiff's claims against CashCall in this action are stayed pending completion of the arbitration.

4. Upon completion of the arbitration, either party may file a petition to confirm the award under the applicable rules and procedures.

5. The Court shall retain jurisdiction with respect to the arbitration award issued in the arbitration proceeding.

Dated: 11/8/2018                    /s/ John A. Mendez_____
                                    Honorable John A. Mendez