Elliot Gale (State Bar No. 263326)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Antonio Conde

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| ANTONIO CONDE, <br><br> Plaintiff, <br><br> vs. <br><br> CASHCALL, INC., et. al. <br> Defendants. | Case No.: 2:18-cv-02591-JAM-CKD <br><br> **[PROPOSED] ORDER** |

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, CashCall, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 11/4/2019

Hon. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE